IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARIO ANTONIO JOHNSON,

    Plaintiff,

v.

TOMMY GREGORY, Sheriff; LARRY HAMILTON; Sgt. WATSON; Officer FONTANEZ; Officer AUQUILLA; Officer KAISER; Nurse ZALANSKI; and JOSH BAKER,

    Defendants.

CIVIL ACTION NO.: CV209-162

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendants Tommy Gregory, Larry Hamilton, Josh Baker, and Officer Fontanez are **DISMISSED**, pursuant to 28 U.S.C.A. §§ 1915 (e)(2)(B)(ii) and 1915A(b).

**SO ORDERED**, this 24 day of February, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)