IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARIO ANTONIO JOHNSON,

    Plaintiff,

v.

ERIC WATSON; BRYANT AGULLO;
CHRISTOPHER KAISER; and STACEY
ZYLINSKI, LPN,

    Defendants.

CIVIL ACTION NO.: CV209-162

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Reports and Recommendations, to which no objections have been filed. Accordingly, the Reports and Recommendations of the Magistrate Judge are adopted as the opinions of the Court.

The unopposed Motion for Summary Judgment filed by Bryant Agullo, Christopher Kaiser, and Eric Watson and the unopposed Motion for Summary Judgment filed by Stacey Zylinski, LPN are **GRANTED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 10 day of January, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)